# United States District Court
## For The Western District of North Carolina
### Statesville Division

TIMOTHY SCOTT SMITH,

           Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                  5:08CV145-MU-2

DAVID EDWARDS, Sheriff of
  Alleghany County;
STEVE COTHREN, Captain at
  the Alleghany County Jail;
SHANE GLENN, Deputy at
  the Alleghany County Jail; and
SUSIE GAMBILL, Alleghany County
  Clerk of Court

           Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/23/08 Order.

           Signed: December 23, 2008

Frank G. Johns, Clerk
United States District Court